**Michael GRIMES, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 58875.**

Missouri Court of Appeals,
Eastern District,
Division Five.

May 21, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 19, 1991.

Application to Transfer Denied July 23, 1991.

David Bruns, St. Louis, for movant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant, Michael Grimes, appeals from the denial of his Rule 24.035 without an evidentiary hearing. The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).